United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1226WM

_____

Vincent L. Lomax,                               *
                                                *
            Appellant,                          *
                                                *
Carol Lomax,                                    *   On Appeal from the United States
                                                *   District Court for the
            Plaintiff,                          *   Western District of Missouri.
                                                *
    v.                                          *   [Not to be Published]
                                                *
City of Joplin, Missouri,                       *
                                                *
            Appellee.                           *
                                                *

_____

Submitted: October 3, 1997
Filed: October 27, 1997

_____

Before RICHARD S. ARNOLD, Chief Judge, McMILLIAN, and BEAM, Circuit
    Judges.

_____

PER CURIAM.

Vincent Lomax appeals[1] from the District Court's[2] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against the City of Joplin, Missouri, and others. Upon review of the record and the parties' submissions on appeal, we conclude that the judgment of the District Court is correct. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]We reject appellees' suggestion that the notice of appeal is untimely. See Fed. R. App. P. 4(c); Van Orman v. Purkett, 43 F.3d 1201, 1202 (8th Cir. 1994).

[2]The Honorable Joseph E. Stevens, Jr., United States District Judge for the Western District of Missouri.